**IT IS ORDERED as set forth below:**



Date: June 21, 2023

_____
**Wendy L. Hagenau**
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 23-54750-WLH |
| CLEVELAND MCFARLAND, JR., | : | |
| | : | CHAPTER 13 |
| DEBTOR | : | |

### ORDER GRANTING DEBTOR'S MOTION TO IMPOSE STAY

On June 2, 2023, Debtor filed a *Motion to Impose Stay* (the "Motion") (Docket No.18). The Motion requests that the stay be imposed as to all creditors. Hearing on the Motion was held on June 14, 2023, on notice Debtor contends was proper. Present at the hearing were counsel for the Debtor and counsel for the Chapter 13 Trustee. There being no opposition to the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED** and the automatic stay of 11 U.S.C. § 362 is **IMPOSED** as to all creditors until further Order of Notice from this Court or until it expires by statute.

[END OF DOCUMENT]

Presented by:
\_\_\_/s/_____
Stanley J. Kakol, Jr.
GA Bar No. 406060
Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Road, Suite C
Lithonia, Georgia
30038
(770) 800-0440

No Opposition:
_____/s/_____
Maria C. Joyner
*With Express Permission*
GA Bar No.: 118350
Attorney for Nancy J. Whaley
Standing Chapter 13 Trustee
SunTrust Plaza Garden Offices
Suite 120
303 Peachtree Center Ave
Atlanta, GA 30303

## Distribution List

Nancy J. Whaley
SunTrust Plaza Garden Offices
Suite 120
303 Peachtree Center Ave
Atlanta, GA 30303

Cleveland McFarland, Jr.
544 Moline Way
Locust Grove, GA 30248

Exeter Finance LLC
c/o AIS Portfolio Services, LP
Attn. Bharat Gurkha, Claims Processor (per poc)
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

CarMax Auto Finance dba CarMax Business Srvcs, LLC
Attn. Omarri Suggs (per poc)
225 Chastain Meadows Court
Ste 210
Kennesaw, GA 30144

All parties on the mailing matrix in this case